**Exhibit 1**

## RESIGNATION OF CENGIZ JAN COMU

I, Cengiz Jan Comu, hereby resign from any and all roles, titles, and/or positions which I have held at EarthWater, Ltd., including, but not limited to, my roles as Chairman of the Board and Chief Executive Officer.

Upon execution of this resignation, I will no longer hold any role, title, or position at EarthWater, Ltd. This resignation shall become effective immediately upon its execution.

By: _____
Cengiz Jan Comu

Dated: November 21, 2019