**Exhibit 2**



Eye Institute Of Texas
10740 North Central Expressway
Dallas, TX 75231-2161
(214)363-2300 / FAX: (214)363-2311

# To whom it may concern:

PATIENT NAME: CJ Comu (DOB: 11/15/1960)

DATE OF VISIT: October 28, 2019

The above-named patient had surgery 10/22/19 (silicone in eye) for retinal detachment with proliferative vitreoretinopathy in the right eye. He is currently under my postop care. He is to continue his prescription eye drops as instructed. Also pt needs to keep the eye protected. Patient will follow with me frequently to make sure he is stable.  Please feel free to contact our office if necessary.

*Anand MD*    NOV 11. 2019
_____

Provider: Anand, Rajiv  11/11/2019 2:27 PM

**Document generated by:  Rajiv Anand  11/11/2019**