GOVERNMENT EXHIBIT B

 **Gmail**

Nick M <nick.mysore@gmail.com>

## EarthWater Investor Docs
3 messages

**C J C** <cjcomu@gmail.com>  Tue, Jul 16, 2019 at 11:20 AM
To:

Attached are the docs that we would send to a Professional Institutional and or Accredited Investor ONLY.

One of the things I am MOST proud of is our **Company Brochure** and the enormous time and effort we spent to build EarthWater. Please PRINT this doc as it may or not disappear from the site;

https://static1.squarespace.com/static/58c1c226c534a59cc493b5fc/t/5a3ade20f9619afaa47c8d38/1513807399716/Corporate+Booklet+Website.pdf

EarthWater www.EarthWater.com is a Texas manufacturer of Health & Wellness Products containing an exclusive proprietary blend of the richest natural minerals on Planet Earth. What makes our Company different is NOT the water but the Trace Minerals from Planet Earth that are INFUSED into the purest Spring Water. Our products have most all Chlorine and Fluoride removed and the final product is a Rich Black Water (that looks like Coffee – but tastes like Water). This is a revolutionary product that can help change and improve the human body.

EarthWater was started in 2014 the Company released its first iconic product called "**FulHum**" (Fulvic & Humic Minerals) in a patent pending (590ml) PET/BPA Bottle to the retail market. As the Company grew it released "**ZenFul**" and other SKU's (Sachet - PopTops - Gummies) and in 2018 expanded our presence to be an Exclusive On Line Company selling "Direct2Consumer" in a partnership with **AMAZON** now on sale in 121 Countries.

On May 1st 2019 a NEW and exciting announcement will be made introducing "**PRO**" **Black Water** (500ml) a great retail consumer branded product designed to be sold to the MASSES for; Athletes, Sports Teams, Fitness Clubs, and more.  Our event calendar and announcements start with a NFL Charity Golf Tournament we are Sponsoring 4/26 to an incredible Press Conference on 4/30 followed by an exciting PR on 5/1. This consumer friendly product is priced to move and branded to excite www.ProBlackWater.com

Company's obtained a **GSA Certification Number** to be able to sell to ALL branches of the US Government to include the Military, Pentagon, Homeland Security, Police, Fire and all other agencies. The Company has introduced a **Private Label Program** to allow "Black Water" branded under exclusive manufacturing by EarthWater to carry their name. Several clients have already subscribed – bigger names to follow.

Founder CJ Comu Video – originally produced for "Shark Tank"

https://www.youtube.com/watch?time_continue=1&v=I5amK_px4pc

Company – Digital Brochure with all EarthWater Products & Science

https://static1.squarespace.com/static/58c1c226c534a59cc493b5fc/t/5a3ade20f9619afaa47c8d38/1513807399716/Corporate+Booklet+Website.pdf

Founder CJ Comu featured in April 2019 "Hollywood Magazine"

https://issuu.com/hollywood/docs/hw_monthlyapril1?e=1155711/68199678

EarthWater is featured on Hollywood Magazine TV Show

LIVE on Spectrum Channel 181 @ 8pm PST April 27th

If you are unable to watch the Show on TV – link below.

https://vimeo.com/306740145

Company Mission Statement:

*"help improve the quality of people's lives by placing the much-needed micronutrients missing in our daily diet and help reduce the incidence of diabetes and obesity."*

Looking forward to working together.

Best

CJ

CJ Comu – Founder/Chairman/CEO

**EarthWater**

16220 Midway Road

Addison, Texas 75001

US Office: +1.469.802.6266 X111 | US Mobile: +1.972.965.2545

CJ@EarthWater.com

www.EarthWater.com

www.cjcomu.com

*"The Greatest Water on Earth"*

DOJ-EW-0000009505

JOHN 4:14

**14** but whoever drinks the water I give them will never thirst. Indeed, the water I give them will become in them a spring of water welling up to eternal life "

Shop EarthWater on Amazon:

USA | Canada | U K | Spain | Italy | Germany | France | Japan

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager at +1 469.802.6266. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e mail if you have received this e mail by mistake and delete this e mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

**7 attachments**



**image002.jpg**
6K



**PRO Black One Sheet.pdf**
6595K

**EW-PPM-01.01.19 OFFERING MEMORANDUM.pdf**
912K

**EarthWater ExecSum -02.12.19.pdf**
255K

**EW-Invest-PP-02.02.19.pdf**
4030K

**EW-03.03.19 2018 Prelim and Proforma-2019-2020-2021.xlsx**
126K


EW-2019-Report-FINAL.pdf
319K

To: [redacted]                                                      Tue, Jul 16, 2019 at 11:29 AM

Kenny

Thi ha the doc that CJ u ed Ma im Securitie for the $6M financing for 20% of Earthwater

Nick

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

7 attachments


image002 jpg
6K

PRO Black One Sheet pdf
6595K

EW PPM 01 01 19 OFFERING MEMORANDUM pdf
912K

EarthWater E ecSum 02 12 19 pdf
255K

EW Inve t PP 02 02 19 pdf
4030K

EW 03 03 19 2018 Prelim and Proforma 2019 2020 2021 l
126K

EW 2019 Report FINAL pdf
319K

[redacted]                                                          Tue, Jul 16, 2019 at 2:29 PM

Ben

Here are the details on Earthwater.

Nick
Sent from my iPhone

Begin forwarded message:

> **From:** C J C <cjcomu@gmail.com>
> **Date:** July 16, 2019 at 11:20:38 AM CDT
> **To:**
> **Subject: EarthWater Investor Docs**

[Quoted text hidden]

**7 attachments**


**image002.jpg**
6K

**PRO Black One Sheet.pdf**
6595K

**EW-PPM-01.01.19 OFFERING MEMORANDUM.pdf**
912K

**EarthWater ExecSum -02.12.19.pdf**
255K

**EW-Invest-PP-02.02.19.pdf**
4030K

**EW-03.03.19 2018 Prelim and Proforma-2019-2020-2021.xlsx**
126K

**EW-2019-Report-FINAL.pdf**
319K