# GOVERNMENT EXHIBIT C




# Franchise Tax Account Status

As of : 01/27/2020 11:09:07

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| EARTHWATER LIMITED DBA UK EWB CO. ||
|---:|:---|
| Texas Taxpayer Number | 32062019487 |
| Mailing Address | 16220 MIDWAY RD ADDISON, TX 75001-4214 |
| ❓ Right to Transact Business in Texas | FORFEITED<br>File missing reports, information reports and/or payments |
| State of Formation | |
| Effective SOS Registration Date | 11/07/2016 |
| Texas SOS File Number | 0802578758 |
| Registered Agent Name | Not on file |
| Registered Office Street Address | |