# GOVERNMENT EXHIBIT D




## Franchise Tax Account Status
As of : 01/27/2020 11:15:55

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| EWB INTERNATIONAL, INC. ||
|---|---|
| Texas Taxpayer Number | 32051186602 |
| Mailing Address | 16220 MIDWAY RD ADDISON, TX 75001-4214 |
| ❓ Right to Transact Business in Texas | FORFEITED<br>File missing reports, information reports and/or payments |
| State of Formation | TX |
| Effective SOS Registration Date | 06/06/2013 |
| Texas SOS File Number | 0801796738 |
| Registered Agent Name | DAVID LLOYD PARSLEY |
| Registered Office Street Address | 13155 NOEL ROAD, SUITE 2400 GALLERIA TOWER III, 24DALLAS, TX 75240 |