# GOVERNMENT EXHIBIT I

# [FWD: Confirmation from IncFile - Order Number 2160418809]

**From:** bb@earthwater.com
**To:** EW <cj@earthwater.com>, Mervyn Price <mp@earthwater.com>, Jeff Gaal <jeff@nutrabiotics.com>, Cash Riley <crjr@fulhum.com>
**Date:** Tue, 19 Apr 2016 09:36:50 +0000

FulHum Global (a Nevada Corporation)

Buddy Barnes
Chief Financial Officer
EarthWater, Inc.
15455 Dallas Parkway - 6th Floor
Dallas TX 75001 USA
Office: 972.764.5252
Mobile: 972.567.4891
www.EarthWater.com
www.FulHum.com (USA)
www.FulHum.co.uk (UK)
www.FulHum.cn (CHINA)
*"The Greatest Beverage on Earth"*

-------- Original Message --------
Subject: Confirmation from IncFile - Order Number 2160418809
From: no-reply@incfile.com
Date: Mon, April 18, 2016 6:33 pm
To: bb@earthwater.com

THANK YOU!

GOOG-SW-0000161122

# FULHUM GLOBAL
# Order Confirmation #2160418809

Thanks for choosing incfile.com to satisfy your incorporation needs. Your order has been received and the formation of your business entity has begun.

**Nevada Expedited Filing Time:** 2 Business Days + Mailing Time

Use this link to track the status of your order.

ORDER SUMMARY

| | |
|---|---|
| CCORPORATION SILVER PACKAGE | $49.00 |
| NV STATE FILING FEE | $75.00 |

# ADD ON

GOOG-SW-0000161123

| FEDERAL EIN OBTAINMENT | $70.00 |
|---|---|
| NV EXPEDITED FILING | $50.00 |
| | **INCLUDED** |
| REGISTERED AGENT SERVICE (1ST YEAR FREE) | |
| 1ST CLASS MAILING | |

$244.00





**LEARN THE**

Essential STEPS

**TO LAUNCHING**

**A NEW BUSINESS**

GET YOUR FREE CHECKLIST NOW

IncFile.com, LLC, 17350 State Highway 249, Suite 220, Houston, TX 77064
Unsubscribe | Privacy Policy

GOOG-SW-0000161125

GOOG-SW-0000161126