GOVERNMENT EXHIBIT J

# FILING HISTORY

## ENTITY INFORMATION

**Entity Name:**

FULHUM GLOBAL INC.

**Entity Number:**

E0179622016-0

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Revoked

**Formation Date:**

04/20/2016

**NV Business ID:**

NV20161233518

**Termination Date:**

Perpetual

**Annual Report Due Date:**

5/31/2016

## FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Amendment Type | Source | View |
|---|---|---|---|---|---|---|
| 04/20/2016 | 04/20/2016 | 20160177115-61 | Articles of Incorporation | | External | 📷 |

Page 1 of 1, records 1 to 1 of 1

**FILING DATE SNAPSHOT AS OF: 04/20/2016**

| Business Details | Name Changes | Principal Office | Registered Agent |
| Officer Information | Shares | | |

**No Data to display.**

Back     Return to Search     Return to Results