GOVERNMENT EXHIBIT L

# Companies House

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

EARTHWATER LIMITED

Company number **08039454**

- Officers
- Persons with significant control (https://beta.companieshouse.gov.uk/company/08039454/persons-with-significant-control)

## Filter officers

☐ Current officers

Apply filter

## 7 officers / 5 resignations

### BARNES III, Harley

Correspondence address **85 Great Portland Street, London, England, W1W 7LT**

Role Active **Director**

Date of birth **July 1958**

Appointed on **8 February 2016**

Nationality **American**

Country of residence **United States**

Occupation **Cfo**

### COMU, Cengiz Jan

Correspondence address **85 Great Portland Street, London, England, W1W 7LT**

Role Active **Director**

Date of birth **November 1960**

Appointed on **11 March 2014**

Nationality **Canadian**

Country of residence **United States**

Occupation **Businessman**

### SUMNER, Bernard Michael

Correspondence address ▉▉▉▉▉▉▉▉▉▉▉▉ **West Sussex, United Kingdom, RH19 1LU**

Role Resigned **Secretary**

Appointed on **20 April 2012**

Resigned on **1 October 2019**

### EVE, Julie Anne

Correspondence address   **Buckingham Corporate Services Limited, 106 Mount Street, London, England, W1K 2TW**

Role Resigned   **Director**

Date of birth   **July 1961**

Appointed on   **20 April 2012**

Resigned on   **31 December 2015**

Nationality   **British**

Country of residence   **England**

Occupation   **Director**

## PRICE, John Mervyn

Correspondence address   **Buckingham Corporate Services Limited, 106 Mount Street, London, England, W1K 2TW**

Role Resigned   **Director**

Date of birth   **July 1956**

Appointed on   **1 January 2016**

Resigned on   **30 September 2016**

Nationality   **British**

Country of residence   **Usa**

Occupation   **Businessman**

## SUMNER, Bernard Michael

Correspondence address   **85 Great Portland Street, London, England, W1W 7LT**

Role Resigned   **Director**

Date of birth   **April 1950**

Appointed on   **21 March 2017**

Resigned on   **16 May 2019**

Nationality   **British**

Country of residence   **England**

Occupation   **Accountant**

## SUMNER, Bernard Michael

Correspondence address   **Buckingham Corporate Services Limited, 106 Mount Street, London, England, W1K 2TW**

Role Resigned   **Director**

Date of birth   **April 1950**

Appointed on   **20 April 2012**

Resigned on   **8 February 2016**

Nationality   **British**

Country of residence   **England**

Occupation   **Director**

Tell us what you think of this service(link opens a new window) (https://www.research.net/r/S78XJMV) Is there anything wrong with this page?
(link opens a new window) (https://beta.companieshouse.gov.uk/help/feedback?
sourceurl=https://beta.companieshouse.gov.uk/company/08039454/officers)