GOVERNMENT EXHIBIT Q

# 2018 Profit Corporation Annual Report

| | |
|---|---|
| Due on or Before: | July 1, 2018 |
| ID: | 2015-000691185 |
| State of Formation: | Wyoming |
| License Tax Paid: | $50.00 |
| AR Number: | 03631447 |

**For Office Use Only**
Wyoming Secretary of State
2020 Carey Avenue, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

**EarthWater, Inc.**

1: Mailing Address

15455 Dallas Pkwy 6th Fl
Addison, TX 75001

_Current Registered Agent:_
ANDERSON REGISTERED AGENTS
1716 Capitol Ave Suite 100
Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at
http://soswy.state.wy.us

2: Principal Office Address

1718 Capitol Ave
Cheyenne, WY 82001

Phone: (702) 871-8535
Email: RA@AndersonAdvisors.com

3: Officers and Directors

President / Director    C.J. Comu - 15455 Dallas Pkwy 6th Fl, Addison, TX 75001

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| C.J. Comu | C.J. Comu | June 5, 2018 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet.
2. Sign and date this form and return it to the Secretary of State at the address provided above.