# GOVERNMENT EXHIBIT R

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **Sent:** | Thursday, June 6, 2019 1:05 PM |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | EWB/Earthwater – Harley Barnes III |

Good Morning Toni,

I hope all is well. I see the above client has termed. But today we received an unemployment claim on their CFO, Harley Barnes III. Are they going out of business because he indicates on his claim the reason for separation as "Permanent Layoff"?

Please advise as I want to provide the correct reason for separation to the state.

My Kindest Regards,



▮▮▮▮▮ | *Compliance and Unemployment Manager*
**O:** 469-698-5593
**A:** 1309 Ridge Road, Suite 200, Rockwall, TX 75087
**W:** resourcingedge.com

  

*The information contained in this email message may be privileged or confidential and is intended only for the use of the intended recipient(s) named above. If you are not an intended recipient, you have received this email in error and any review, dissemination, distribution or copying is strictly prohibited. If you have received this email in error, please notify the sender immediately by return email and permanently delete the copy you received. All fees, rates and effective dates for services are set forth and controlled by your organization's client services or administrative services agreements and any amendments or attachments thereto.*