GOVERNMENT EXHIBIT S



**From:** Don Frey
**Sent:** Tuesday, June 18, 2019 3:02 PM
**To:** Don Frey
**Subject:** Resignation

CJ Comu
Buddy Barnes
Beth DeGroot

Subject:  Earthwater Board of Directors Resignation

To All:

I hereby voluntarily resign my seat on the Earthwater Limited Board of Directors effective this date.

I am available to discuss and wrap up any unfinished details necessary to resign my position.

Respectfully,

Don Frey

Don Frey

Well done is better than well said.

1

Ben Franklin