GOVERNMENT EXHIBIT T

-----Original Message-----
From: Beth DeGroot [mailto:planoblond@yahoo.com]
Sent: Saturday, June 29, 2019 2:29 AM
To: Don Frey <████████████████info@earthwater.com
Subject: Resignation

To: EarthWater Board Of Directors,

As of June 21, 2019, I gave resignation from EarthWater and all affiliated companies, boards,  subsidiaries, etc.

I no longer have access to email, bank accounts, accounting, or anything in regard to Earthwater or it's affiliates.

Beth DeGroot