GOVERNMENT EXHIBIT U

**MEMORANDUM OF INTERVIEW**

| | | |
|---|---|---|
| CASE NUMBER | : | 2514383-MF |
| PERSON INTERVIEWED | : | ████████████ |
| DATE OF INTERVIEW | : | 01/10/2020 |
| PLACE OF INTERVIEW | : | Via telephone |
| TIME OF INTERVIEW | : | 3:22 PM |
| INTERVIEWED BY | : | Christopher Fenton      JG Bodón |
| | | Trial Attorney            US Postal Inspector |

On January 10, 2020 Trial Attorney Fenton and Postal Inspector Bodón interviewed ████ ████████████ in order to determine if he continued to represent EarthWater. ████████████ provided the following details:

1.  As the registered agent for EarthWater, ████████ was served a lawsuit by a creditor that is suing EarthWater. ████████ contacted Cengiz Jan Comu's attorney, Dan Hagood, informed him of the lawsuit and sent him the lawsuit documents. ████████ also sent the lawsuit documents to the last email addresses he had for Harley "Buddy" Barnes (BARNES) and Beth DeGroot (DEGROOT). Finally, ████████ sent a copy of the lawsuit documents to Don Frey (FREY). ████████ added he provided notice he had resigned as the registered agent for EarthWater.

2.  ████████ explained the last time he represented EarthWater was when ████████ was looking into purchasing EarthWater, the company. He believes COMU, GREEN, FREY, and possibly DEGROOT made up EarthWater's Board. He added that COMU. FREY, BARNES, and DEGROOT were the EarthWater executives.

3.  ████████ believed DEGROOT took everything and EarthWater closed its doors. He is unaware of anyone trying to run EarthWater. As far as he is aware EarthWater is shut down and is not represented by any other law firm or attorney. He also said he was disappointed with COMU.

End time: 3:27 PM

J.G. Bodón
US Postal Inspector

**Vaughn, Amanda (CRM)**

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Friday, January 10, 2020 3:59 PM |
| **To:** | Fenton, Christopher (CRM) |
| **Cc:** | Vaughn, Amanda (CRM); Bodon, Jan (CRM) |
| **Subject:** | Re: EarthWater |

Chris:

I did a quick review of my old emails.

On July 23, 2019, I was notified that EW offices were closed and the staff had all been sent home, operations were down and the lease was two months delinquent.

At various time in July I received correspondence indicating that various people had an interest in acquiring the assets of EW. I did not represent EW in any transactions after the ███████████ tried to buy the assets of EW.

The following names were mentioned:
1. ████████████████████
2. ████████ - shareholder of EW Products
3. ██████ - Shoreview Advisors
4. ████████
5. █████████████ of Allegiance Capital

On September 9, 2019, CJ submitted his formal resignation as CEO and Chairman to the B/D of EW.

Let me know if you need anything else…

Regards,

1

