GOVERNMENT EXHIBIT V

FILE
DALLAS COUNT
9/11/2019 9:28 AI
FELICIA PITR
DISTRICT CLER

Danitra Wilkerson

DC-19-14401

CAUSE NO. _____

| | | |
|---|---|---|
| **WARD CAPITAL, LP** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | ____ **JUDICIAL DISTRICT** |
| | § | |
| **EARTHWATER LIMITED f/k/a EARTHWATER PLC** | § | |
| | § | |
| *Defendant.* | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, WARD CAPITAL, LP, ("*Ward*") or ("*Plaintiff*") a Texas limited partnership, and files this its suit complaining of EARTHWATER LIMITED f/k/a EARTHWATER PLC ("*EarthWater*"), or ("*Defendant*"), and for such would respectfully show the Court as follows:

### I. PARTIES

1.  Ward Capital, LP, is a Texas limited partnership with its principal place of business located at 5949 Sherry Lane, Suite 1650, Dallas, Texas 75225.

2.  EarthWater Limited f/k/a EarthWater PLC, is a privately held company formed in the United Kingdom with its principal place of business located at 16220 Midway Road, Addison, Texas 75001. EarthWater Limited's Registered Agent for service is Friedman & Feiger, L.L.P., located at 5301 Spring Valley Road, Ste. 200, Dallas, TX 75254.

### II. VENUE

3.  Venue is proper in as much as the events given rise to suit occurred in whole or in part in Dallas County, Texas.

4.  EarthWater is a privately held company organized under the laws of the United Kingdom and is the successor by name change to EarthWater PLC.

Cause No. _____
Ward Capital, LP v. EarthWater Limited f/k/a EarthWater PLC

                                     Respectfully Submitted,

                                     */s/ Jeffrey R. Seckel*       *[2019-09-11]*
                                     **JEFFREY R. SECKEL**
                                     Texas Bar Number 17973200
                                     MCGUIRE, CRADDOCK & STROTHER, P.C.
                                     2501 North Harwood, Suite 1800
                                     Dallas, Texas 75201
                                     T: (214) 954-6800
                                     F: (214) 954-6850
                                     JSeckel@mcslaw.com
                                     **COUNSEL FOR PLAINTIFF**

*handwritten: Rec'd 01/27/2020 @ 8:58AM*

Int. *[handwritten]* #180
Expiration: 01/31/2020
Date: 01/29/2020
Time: 11:30 AM

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

**ESERVE**

**CITATION**

**DC-19-14401**

**WARD CAPITAL, LP**
vs.
**EARTHWATER LIMITED**

ISSUED THIS
**16th day of September, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
JEFFREY ROBERT SECKEL
MCGUIRE CRADDOCK & STROTHER PC
2501 N HARWOOD STREET
SUITE 1800
DALLAS TX 75201
214-954-6800

**To:**  EARTHWATER LIMITED F/K/A EARTHWATER PLC
BY SERVING ITS REGISTERED AGENT FRIEDMAN & FEIGER LLP
5301 SPRING VALLEN ROAD STE 200
DALLAS TX 75254

**GREETINGS:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty   days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **WARD CAPITAL, LP**

Filed in said Court **11th day of September, 2019** against

**EARTHWATER LIMITED F/K/A  EARTHWATER PLC**

For Suit, said suit being numbered **DC-19-14401**, the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 16th day of September, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
         GAY LANE



**DALLAS COUNTY SERVICE FEES NOT PAID**

# OFFICER'S RETURN

Case No. : DC-19-14401

Court No.101st District Court

Style: WARD CAPITAL, LP

vs.

EARTHWATER LIMITED

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.M. Executed at _____

within the County of _____ at _____ o'clock ____.M. on the _____ day of _____,

20____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

      For serving Citation   $_____

      For mileage   $_____ of _____ County, _____

      For Notary   $_____ By _____ Deputy

      (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20____,

to certify which witness my hand and seal of office.

_____ _____
Notary Public _____ County