GOVERNMENT EXHIBIT W

FILED
DALLAS COUNTY
1/17/2020 3:19 PM
FELICIA PITRE
DISTRICT CLERK

Irasema Sutherland

## Return of Service

Case Number: __DC-19-14401__

In the __101st Judicial District__ Court of __Dallas__ County, Texas

Case Name: __Ward Capital, LP -v- EarthWater Limited f/k/a EarthWater PLC__

Came to hand on the __24th__ day of __September__ AD, 20__19__ at __8:58__ o'clock __A__ M., and executed on the __10th__ day of __January__, 20__20__ at __11:30__ o'clock __A__ M., by delivering to __EarthWaterLimited F/K/A EarthWater PLC by delivering to its Registered Agent, Friedman & Feiger LLP, by delivering to Kiva Overstreet, Receptionist, 5301 Spring Valley Road, Suite 200 Dallas, Texas 75254 by personal / hand delivery, who is over the age of 16 years of age at 5301 Spring Valley Road, Suite 200 Dallas, Texas 75254__ the within named __Defendant__, in person, a true copy of the __Citation__, with the came to hand date and time and the delivery date and time endorsed thereon and a copy of the __Plaintiff's Original Petition and Order Granting Plaintiff's Motion for Substitute Service__

Service Fee: $ __120.00__

_Sharlene J. Barns_ (signature)
__Sharlene J. Barns__

PSC# __180__   (Expires: 07/31/2020)

### Declaration

My name is Sharlene J. Barns, my date of birth is 12/09/1954, and my address is 9330 LBJ Freeway, Suite 900, Dallas, Texas 75243. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the __17th__ day of __January__, 20__20__

_Sharlene J. Barns_ (signature)
Declarant

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:  EARTHWATER LIMITED F/K/A EARTHWATER PLC
BY SERVING ITS REGISTERED AGENT FRIEDMAN & FEIGER LLP
5301 SPRING VALLEN ROAD STE 200
DALLAS TX 75254

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **101st District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **WARD CAPITAL, LP**

Filed in said Court **11th day of September, 2019** against

**EARTHWATER LIMITED F/K/A EARTHWATER PLC**

For Suit, said suit being numbered **DC-19-14401**, the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 16th day of September, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
GAY LANE



---

**ESERVE**

**CITATION**

**DC-19-14401**

**WARD CAPITAL, LP**
vs.
**EARTHWATER LIMITED**

ISSUED THIS
**16th day of September, 2019**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
JEFFREY ROBERT SECKEL
MCGUIRE CRADDOCK & STROTHER
PC
2501 N HARWOOD STREET
SUITE 1800
DALLAS TX 75201
214-954-6800

**DALLAS COUNTY SERVICE FEES NOT PAID**

## OFFICER'S RETURN

Case No. : DC-19-14401

Court No. 101st District Court

Style: WARD CAPITAL, LP

vs.

EARTHWATER LIMITED

**See Attached Return of Service**

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____