# GOVERNMENT EXHIBIT X

**Vaughn, Amanda (CRM)**

| | |
|---|---|
| **From:** | █████████████████████ |
| **Sent:** | Friday, January 10, 2020 4:20 PM |
| **To:** | Fenton, Christopher (CRM) |
| **Cc:** | Vaughn, Amanda (CRM); Bodon, Jan (CRM) |
| **Subject:** | Re: EarthWater |

Update:
Apparently, we submitted our Resignation of Registered Agent for EarthWater Limited via FAX to the Texas Secretary of State on 12/06/2019. One of our secretaries called the SOS today and was told that they have problems with faxes sometimes and they did **not** receive our submission, even though we received a Fax confirmation when we submitted our resignation in December. Today, we faxed our resignation again (and verified it went through). We will call the SOS on Monday to confirm that they received it.

Wanted to make sure what I told you was accurate and complete.



1