GOVERNMENT EXHIBIT Y

## Case Information

DC-19-14401 | WARD CAPITAL, LP vs. EARTHWATER LIMITED

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| DC-19-14401 | 101st District Court | WILLIAMS, STACI |
| File Date | Case Type | Case Status |
| 09/11/2019 | OTHER (CIVIL) | OPEN |

## Party

**PLAINTIFF**
WARD CAPITAL, LP

Address
5949 Sherry Lane
Suite 1650
Dallas TX 75225

Active Attorneys ▼
Lead Attorney
SECKEL, JEFFREY ROBERT
Retained

**DEFENDANT**
EARTHWATER LIMITED

  Aliases
  *FKA* EARTHWATER PLC
Address
BY SERVING ITS REGISTERED AGENT, FRIEDMAN & FEIGER, L.L.P.
5301 SPRING VALLEN ROAD, STE. 200
DALLAS TX 75254

## Events and Hearings

09/11/2019 NEW CASE FILED (OCA) - CIVIL

09/11/2019 ORIGINAL PETITION ▼

ORIGINAL PETITION

09/11/2019 ISSUE CITATION ▼

ISSUE CITATION

**09/16/2019 CITATION** ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
01/17/2020

Comment
EARTHWATER LIMITED

**11/20/2019 MOTION - SUBSTITUTE SERVICE** ▾

Motion for Substituted Service.pdf

**11/20/2019 NON-SIGNED PROPOSED ORDER/JUDGMENT** ▾

Proposed Order Granting Motion for Substituted Service.pdf

   Comment
   FOR SUBSTITUTED SERVICE

**12/09/2019 MOTION HEARING** ▾

Motion for Substituted Service.pdf

Proposed Order Granting Motion for Substituted Service.pdf

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
BY SUBMISSION PL MTN SUBST SVC FILED 11/20/19

**12/19/2019 ORDER - SUBSTITUTE SERVICE** ▾

ORDER - SUBSTITUTE SERVICE

   Comment
   EARTHWATER LIMITED F/K/A EARTHWATER PLC

**01/17/2020 RETURN OF SERVICE** ▾

EXECUTED CITATION - EARTHWATER LIMITED

Comment
EXECUTED CITATION - EARTHWATER LIMITED

02/21/2020 DISMISSAL FOR WANT OF PROSECUTION ▾

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

## Financial

WARD CAPITAL, LP

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $300.00 |
| Total Payments and Credits | | | $300.00 |
| 9/12/2019 | Transaction Assessment | | $300.00 |
| 9/12/2019 | CREDIT CARD - TEXFILE (DC)   Receipt # 62320-2019-DCLK   Ward Capital, LP | | ($300.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

Motion for Substituted Service.pdf

Proposed Order Granting Motion for Substituted Service.pdf

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

ORDER - SUBSTITUTE SERVICE

101st Dismissal Letter - 2017

101st Dismissal Letter - 2017

EXECUTED CITATION - EARTHWATER LIMITED