IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CENGIZ JAN COMU (01)<br>JOHN MERVYN PRICE (02)<br>HARLEY E. BARNES, III (03)<br>RICHARD LAWRENCE GREEN (05)<br>SUZANNE AILEEN GAGNIER (07)<br>JOE EDWARD DUCHINSKY (08)<br>   a.k.a. Joe Dunsmeer<br>JOSEPH LUCIEN DUPLAIN (09)<br>RUSSELL FILIPPO (10) | Criminal No.<br>3:19-CR-112-K |

THIRD AMENDED PROTECTIVE ORDER

Before the Court is the Government's Unopposed Motion to Amend the Protective Order, filed January 29, 2020 (Doc. No. 227). Pursuant to Federal Rules of Criminal Procedure 6(e) and 16(d)(1), the government seeks permission to amend the Protective Order entered on December 17, 2019 (Doc. No. 185) to include and apply to defendant Joseph Lucien Duplain, and his defense counsel. After careful consideration, the Court **GRANTS** the Government's Unopposed Motion to Amend the Protective Order.

The Court therefore orders that the government may disclose to defense counsel and the defendants unredacted discovery materials, including materials received pursuant to grand jury subpoenas, subject to certain conditions. To obtain access to the unredacted materials in the manner specified above, each of the defendants and

their respective defense counsel must comply with each of the following conditions: (1) unredacted materials must remain at the defense counsel's office where they may be reviewed by defense counsel, his or her staff, and the defendant, but under no circumstances may the defendant have a copy of the discovery; (2) review of the materials must be for the sole purpose of preparing a defense in this criminal matter and information in the materials may not be used for any other purpose; (3) unredacted information and materials in them may not be disclosed, disseminated, or published to anyone other than defense counsel, his or her staff, and the defendant; (4) personal identifying information and other confidential information (such as home addresses and social security numbers) must be redacted prior to disclosure in Court; (5) neither defense counsel nor his or her staff may retain the unredacted materials or information from them after the conclusion of the criminal case, including any appeal, without first obtaining permission from the Court; and (6) unredacted materials may also be accessed by the defendant in electronic form via the database maintained by the Federal Public Defender's Office, using a separate account and login created specifically for that defendant, however, the defendant may not download or otherwise create copies of these unredacted materials.

This Protective Order in no way limits the Court's ability to disclose the information covered by this Protective Order as the Court deems appropriate.

SO ORDERED.

Signed February 3rd, 2020.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE