IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:19-CR-112-K |
| CENGIZ JAN COMU | |

## RESPONSE TO GOVERNMENT'S MOTION FOR AN ORDER AUTHORIZING THE GOVERNMENT'S FILTER TEAM TO DISCLOSE MATERIAL TO THE DEFENDANTS AND THE GOVERNMENT'S PROSECUTION TEAM

It is the Defendant Cengiz Jan Comu's understanding that while co-defendant Harley Barnes, III is no longer employed by EarthWater, Barnes is still a member of its Board of Directors. However, in light of Barnes's withdrawal of his objection to the government's motion, the defendant withdraws his objection as well.

Respectfully submitted,

*/s/ Brian D. Poe*

**BRIAN D. POE**
Texas Bar No. 24056908
909 Throckmorton Street
Fort Worth, TX 76102
Telephone: 817-870-2022
Email: bpoe@bpoelaw.com

**DANIEL K. HAGOOD, P.C.**
Texas Bar No. 08698300
2515 McKinney Avenue
Chateau Plaza, Suite 940
Dallas, Texas 75201
Telephone: 214-720-4040
Email: dhagood@sorrelshagood.com

                                            **ALEXANDRA HUNT**
                                            Texas Bar No. 24095711
                                            2515 McKinney Avenue
                                            Chateau Plaza, Suite 940
                                            Dallas, Texas 75201
                                            Telephone:  214-720-4040
                                            Email:  ahunt@sorrelshagood.com

                                **COUNSEL FOR DEFENDANT COMU**

## CERTIFICATE OF SERVICE

     I hereby certify that on March 20, 2020, a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court, Northern District of Texas using the electronic case filing system, which provides for service upon all counsel of record.

                                            /s /Brian D. Poe
                                           BRIAN D. POE