# EXHIBIT A

# To Ralph Oaks - New Product - WATER

| | |
|---|---|
| From: | cj comu <cj@regusadvisors.com> |
| To: | |
| Date: | Tue, 13 Aug 2013 14:19:05 +0000 |
| Attachments: | EarthWater-PP-General.pdf (1.42 MB) |

Dear Mr. Oaks and Team WIN ~

We are delighted to attach an overview of an exclusive new water source called EarthWater "*The Greatest Water on Earth*" www.EarthWater.com

This is a unique source of water that comes from a secret deposit in the USA containing over 70 trace minerals that have resulted in magical and remarkable results from radical improvements in health of body functions, to reduction in illness, Alzheimer's, Psoriasis and HIV.

The product is available in a 350 ml bottle for (MSRP $1.95) and also (more importantly) available in concentrate form 100ML (MSRP $19.95) that makes up to 50 bottles of water.

We represent this Company exclusively and also are shareholders and Directors. We are based here in Dallas and are seeking an exclusive relationship with a network marketing company like WIN.

We would love to visit at your convenience and bring you some free product for your team to experience and analyze.

Regards,
CJ

--
CJ Comu - Chairman
Regus Advisors Inc.
Galleria Tower III - 24th Floor
13155 Noel Rd Dallas, TX, 75240
Office:  972.764.8000 X 103
Fax:     972.591.4495
Mobile: 972.965.2545
cj@regusadvisors.com
www.regusadvisors.com


Disclaimer: Confidential Email. Sender is not a United States Securities Dealer, nor Broker, nor U.S. Investment Advisor. Sender is a Consultant, and makes no warranties, nor representations as to the buyer, seller, client, provider, or transaction. All due diligence is the responsibility of the buyer, seller, or client, and not the responsibility of the Consultant. This email letter and the attached related documents are never to be considered a solicitation for any purpose in form or content. This document including any attachments hereto is a response to a formal request of information only. We do not provide securities or securities related advice. We provide business and strategic planning consultation. We do not provide tax advice, nor legal advice. Consult your tax professional and your own attorney before making an informed decision. No information herein shall be construed as an offer, nor solicitation of investments funds, nor a securities offering in any way. These Confidential Communications are protected under Gramm-Leach-Bailey Act 15 USC, Subchapter 1, Sections 6801-6809, and other laws addressing the disclosure of Non-Public Personal Information. If you received this message in error, please immediately send or forward back to original sender, or contact us telephonically, and please delete this message.