# EXHIBIT B

# FW: Miracles and Science

| | |
|---|---|
| From: | CJ Comu <cj@earthwater.com> |
| To: | Jason Liu |
| Cc: | Amanda |
| Date: | Thu, 29 Jun 2017 22:26:38 +0000 |

## PLEASE READ BELOW --- wow !!!!!

CJ Comu - Chairman & CEO
**EarthWater Limited**
16220 Midway Road
Addison TX 75001 USA
Office:    469.802.6266 X111
US M:     972.965.2545
UK M: 44.075.8408.2515
www.EarthWater.com
www.DrinkFulHum.com
www.DrinkZenFul.com
*"The greatest beverages on Earth"*

http://cjcomu.com/
https://www.facebook.com/earthwaterHQ/
https://www.instagram.com/earthwaterhq/
https://www.youtube.com/user/FulHumWater
https://twitter.com/theearthwater
https://www.pinterest.com/earthwaterdrink/
https://www.linkedin.com/company/earthwater?trk=biz-companies-cym
Purchase On Line at Amazon/Exclusives  http://amzn.to/2iPti1H

---

**From:** xxxxxxxxxxxxxxxxxxxx
**Sent:** Thursday, June 29, 2017 2:58 PM
**To:** CJ Comu <cj@earthwater.com>
**Subject:** Miracles and Science

CJ,

As you know, I received a call about a month ago that my younger sister was diagnosed with Stage 4 Acute Myeloid Leukemia. I was blown away. The docs told us to come visit with her, that she had very little chance of survival beyond and was gravely ill. I drove down to say goodbye and to maybe see if I could be a bone marrow donor. The doc said she was too sick to receive my donation. For 17 hours I stayed at her bedside while she screamed in pain the entire time. She was on oxy, morphine, dilauded and Xanax and still in pain... too many medications to even know who I was. I kissed her goodbye and left her room. I went to my mother and handed her two things..., my mini bible and a box full of EarthWater sachets and asked her to make sure she gets this into

Barb, somehow... some way. (Earlier that day I asked the doc if I could put it in her water and he tore my head off and said, "no")

Fast forward to today..., I received a call that my sister was being discharged from the hospital. "What? Why?" I assumed they were going to tell me to have her go home with hospice. But, the news was quite different. "She's in REMISSION!!!", said my older sister. The doctors said that they haven't seen anything quite like this. She was SO ill and at the late stages of this disease, also fighting Lupus, as well and even in earlier stages of the disease...remission usually comes with many more months of chemo.

I cannot prove what I cannot prove, but my heart tells me that both God and Mother Nature gave her a hand in this miracle. I will never broadcast this to the world, but....., I know what I know. Soooo, to you and your beautiful product and your entire team, thank you from the bottom of my heart. I have my sister back and I honestly believe this was that beautiful black elixir, FulHum!!

**NAME REMOVED FOR PRIVACY TO FAMILY AT THEIR REQUEST**

# FW: Miracles and Science - Format for Social Media Post

| | |
|---|---|
| **From:** | CJ Comu <cj@earthwater.com> |
| **To:** | Marco Pisterzi <marcop@earthwater.com> |
| **Cc:** | Cash Riley Jr. <crjr@earthwater.com>, Buddy Barnes <bb@earthwater.com> |
| **Date:** | Fri, 30 Jun 2017 14:22:09 +0000 |

**Below is approved (NO NAME) email for Social Media Post.**

CJ Comu - Chairman & CEO
**EarthWater Limited**
16220 Midway Road
Addison TX 75001 USA
Office:   469.802.6266 X111
US M:    972.965.2545
UK M: 44.075.8408.2515
www.EarthWater.com
www.DrinkFulHum.com
www.DrinkZenFul.com
*"The greatest beverages on Earth"*

---

**From:** xxxxxxxxxxxxxxxxxxxx
**Sent:** Thursday, June 29, 2017 2:58 PM
**To:** CJ Comu <cj@earthwater.com>
**Subject:** Miracles and Science

As you know, I received a call about a month ago that my younger sister was diagnosed with Stage 4 Acute Myeloid Leukemia. I was blown away. The docs told us to come visit with her, that she had very little chance of survival beyond and was gravely ill. I drove down to say goodbye and to maybe see if I could be a bone marrow donor. The doc said she was too sick to receive my donation. For 17 hours I stayed at her bedside while she screamed in pain the entire time. She was on oxy, morphine, dilauded and Xanax and still in pain... too many medications to even know who I was. I kissed her goodbye and left her room. I went to my mother and handed her two things..., my mini bible and a box full of EarthWater sachets and asked her to make sure she gets this into Barb, somehow... some way. (Earlier that day I asked the doc if I could put it in her water and he tore my head off and said, "no")

Fast forward to today..., I received a call that my sister was being discharged from the hospital. "What? Why?" I assumed they were going to tell me to have her go home with hospice. But, the news was quite different. "She's in REMISSION!!!", said my older sister. The doctors said that they haven't seen anything quite like this. She was SO ill and at the late stages of this disease, also fighting Lupus, as well and

even in earlier stages of the disease...remission usually comes with many more months of chemo.

I cannot prove what I cannot prove, but my heart tells me that both God and Mother Nature gave her a hand in this miracle. I will never broadcast this to the world, but....., I know what I know. Soooo, to you and your beautiful product and your entire team, thank you from the bottom of my heart. I have my sister back and I honestly believe this was that beautiful black elixir, FulHum!!

*NAME REMOVED FOR PRIVACY TO FAMILY AT THEIR REQUEST*

# Equity/Debt Invitation From EarthWater

**From:** CJ Comu <cj@earthwater.com>
**To:** Jonathan Koster
**Date:** Tue, 25 Jul 2017 19:55:09 +0000

Equity/Debt Invitation From EarthWater ~

Greetings from Dallas. Please find below status of where EarthWater is as of Q2 2017. I would also like to present a few options on how (YOU) could move forward with us on an investment with EarthWater Ltd (EWLTD).

As a point of reference – EarthWater has spent the last three years building the INFRASTRUCTRE necessary to allow the Company to produce and ship its products to consumers now in 30 Countries around the world with its partnership with AMAZON. EarthWater has invested, time and money to build;

- Patents
- Molds
- Formulas
- Trademarks
- Copyrights
- Bottle Design
- Packaging Design
- Graphics & Messaging
- Social Media – FB, Instagram, Twitter
- Complete Product Line and Expansion
- Proprietary Formulations
- Bottling & Co – Pack Facilities
- Marketing & Sales
- Branding & Influencers
- Promotion & Trade Shows
- Advertising & Press Coverage
- International Advisory Board

The Company has the **FRONT END** – which includes; Products, Formulas, Manufacturing, Patents, Trademarks, and more the Company has the **BACK END** – which is AMAZON and their Billion Dollar world class ability to ship products and handle global logistics to 30 Countries and growing – what the Company has not fully developed is the **MIDDLE** --- Marketing & Sales – this is only due to lack of funding.

Potential Deal Structure Options;

1. YOU become Debt Investor into EW LTD – 3 year term – 6% Interest – Convert to Common at Discount
2. YOU become Equity Investor in EWLTD based on adjusted valuation subject to large stock block position

We are determined on formation, launch and support of an MLM Company which will take considerable investment in; infrastructure – legal – marketing – promotion – accounting – product - staffing - software etc….. We forecast up to $1M would be required to activate and on board this new division.

CURRENT ACTIVITY ;

- Sales Continue on Amazon with increase of 18% per quarter from Q1 to Q2

- New Foreign License for Country of Spain Signed for $250,000
- New SKU to be introduced in Q3 for; EarthPatch, EarthPets, EarthBody
- Expansion of EW Products via Amazon to; Japan in August, Australia in September, Mexico in October
- New Line of Sachets with New Packaging to be launched in Q3
- Increase in marketing with Brand Ambassador and Affiliate Marketing Reps
- New Medical Directors Joining Company – one being #1 Cancer Doctor in USA
- Title Sponsor of National Pageant featuring contestants across USA on DISH Network
- Sponsorship of BK Racing and Car #23 with NASCAR and the Millions watching on TV
- Sponsorship of MMA on Spike TV and Professional Boxing with 17-0 Boxer now 18-0
- Sponsor of Addison PD and Addison FD Officers of FREE EarthWater Cooler Donation
- We have located several Medical Doctors wanting to join and support an MLM Organization

EarthWater www.EarthWater.com is a health and wellness company our mission statement is to " *help change & improve people's lives* " by offering a 100% natural mineral composition that can put the much-needed micronutrients missing in our food group into the body and help reduce the incidence of disease and illness.

Health Conditions in Today's World: Disease, Obesity, Diabetes, Inflammation, Abuse of Sugars and Chemicals in Food and Drink, Overfarming = Depleted Soils, Pesticides, Antibiotics, pH issues in the body (which further lead to disease) and health care costs!

Needs: Consumers seeking Natural, non GMO, organic options, with no chemicals, colors, carbohydrates, sugars, that can be consumed daily with ease of purchase such as AMAZON.

Solution: EarthWater's core source of its proprietary minerals is a beverage based on the discovery of a Millions of year old Mineral Deposit found on Earth, whose contents are used to fight disease and bacteria, aid in the healthy functioning of body processes, and in healing. (many 3rd party studies to support these remarks). EarthWater offers several innovative delivery methods (pop tops, sachets, patches, gummies), and are consumer-centric, making the use and consumption of our products convenient and easy for all ages and lifestyles.

**EarthWater SKUs – sold in 30 Countries by AMAZON:**

- FulHum PET (4 Pack & 12 Pack)
- FulHum Glass (Single and 6 Pack)
- FulHum Sachets (30 to Box)
- FulHum PopTops (30 to Box)
- ZenFul Variety Pack (4 Pack & 12 Pack)
- ZenFul – Cucumber + Mint (4 Pack & 12 Pack)
- ZenFul – Chamonile + Hisbiscus (4 Pack & 12 Pack)
- ZenFul – Lemon + Lime + Cilantro (4 Pack & 12 Pack)
- ZenFul – Jasmine + Blackberry (4 Pack & 12 Pack)
- EarthWater – Gummy Vites (Single Pack – 90 Count)

**Coming Soon** :

- *EarthPatch*
- *EarthPets*
- *EarthBody*

Testimonial : "*Dear EarthWater - This year, my sister was diagnosed with Stage 4 Retinoid Leukemia. She was too ill to even receive my bone marrow.  I drove down to see her to say "goodbye", as did the rest of the family.  I left my mother with sachets to sneak into her beverage.  Since it really doesn't have a taste, she'd never know.  Fast forward five weeks later.. she's in remission. While we cannot make medical claims and I cannot prove EarthWater was the conduit, I do believe personally it was.  She was*

*also receiving heavy chemo that was not working when I visited. She's now home...in remission. Again, I cannot prove this and will not publish it, but it is certainly noteworthy, especially given the many third party studies that have been done in the immunological area of fulvic/humic minerals helping the body to itself fight bacterial and disease".* **– Name held for privacy**

CURRENT PR HEADLINES – Full Details at www.EarthWater.com :

July 11, 2017
EarthWater and The Blaze Network Launch National Media Campaign

July 5, 2017
EarthWater and Amazon Team Up for Prime Day

June 20, 2017
EarthWater Exclusive Title Sponsor, Featuring Driver Alon Day and Car # 23 BK Racing in Sonoma, CA

June 14, 2017
EarthWater Exhibits at the 2017 Europa Games Get Fit & Sports Expo

May 11, 2017
EARTHWATER LIMITED BECOMES OFFICIAL WATER PROVIDER OF BK RACING

May 1, 2017
EarthWater Sponsors 2017 Miss Earth United States Pageant

April 21, 2017
EarthWater Fuels MMA Fighter on Spike TV - Dom "The Honey Badger" Mazzotta

April 18, 2017
EarthWater Partners on Earth Day TX

April 4, 2017
EarthWater Partners with BK Racing for NASCAR at Texas Motor Speedway

March 20, 2017
EARTHWATER Selected to Present at the Texas Consumer Ventures Forum

March 15, 2017
EarthWater Starts New Buzz at Water Cooler

February 27, 2017
EarthWater Expands to Middle East at Gulf Food Expo the Largest Food & Beverage Show in the World

February 22, 2017
EarthWater Sponsors 89th Annual Academy Awards Gifting Suite

February 15, 2017
EarthWater Announces Expansion i nto 27 European Countries with Amazon Partnership

February 1, 2017
EarthWater Launches New Product "PopTops" to Allow Consumption of Miracle Minerals in Any Bottle of Water

January 31, 2017
EarthWater Sponsors Super Bowl 2017 "Ultimate Fan Party" at some of the Hottest Venues with DJ ASAP as the Official Beverage Brand

January 23, 2017
EarthWater Sponsors "Big D Climb" Supporting Leukemia & Lymphoma Society and Blood Cancer Research

January 17, 2017
EarthWater Sponsors Event by Nutritional Expert Dr. Norbert Chirase Presenting "Is There a Fountain of Youth - The Mystery of Minerals"

January 9, 2017
EarthWater Launches New All Natural Vitamin Gummy

January 3, 2017
EarthWater Launches "New Year, New You" Influencer Campaign with Amazon and Miss Earth United States

**EarthWater Two Minute Investor Video;**
https://earthwater.com/invest/

**EarthWater Chairman/CEO – Interview;**
https://www.youtube.com/watch?v=-pKLGaDmkz8

Note recent 2017 TWO (Billion Dollar) beverage company exits of following brands;

   - BAI - **$1.7 Billion** ( http://www.bevnet.com/news/2016/dr-pepper-snapple-group-acquire-bai-1-7-billion )
   - Vita Coco - **$1 Billion** + ( http://www.bevnet.com/news/2017/reuters-vita-coco-exploring-sale-valued-1-billion )

NEXT STEP : Lets set a time to talk and cut a deal.

## CJ Comu – Chairman/CEO
**EarthWater Limited**
16220 Midway Road
Addison TX 75001 USA
Office:   469.802.6266
www.EarthWater.com
www.DrinkFulHum.com
www.DrinkZenFul.com
*"The greatest beverages on Earth"*