IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:19-CR-112-K |
| CENGIZ JAN COMU (01) | |

**DEFENDANT'S MOTION REQUESTING PROBATION RELEASE CERTAIN
DOCUMENTS PERTAINING TO THE DEFENDANT'S SENTENCING**

For the reasons that follow, the defendant, Cengiz Jan Comu, files this motion requesting that U.S. Probation be ordered to release the victim impact statements that are summarized in the defendant's presentence report:

The parties have been informed that U.S. Probation contacted each of the identified victims in this case and requested that they complete a victim impact statement. A summary chart has been attached to the defendant's presentence report summarizing each victim's responses. Counsel has been informed that copies of the completed victim impact statements are considered the Court's records and probation is not permitted to release copies of these statements to any party unless ordered by the Court. In normal circumstances, upon request, U.S. Probation would allow counsel to review copies of these records in the office of the assigned probation officer. However, due to the COVID-19 pandemic, U.S. Probation has its officers working from home and is not permitting visitors in its offices.

The defendant has filed numerous objections to the presentence report, which include objections relating to information contained in the victim impact statements. As a

result, it is critical for the defense to review the full and complete copies of the victim impact statements prior to sentencing. A protective order covering discovery is already in place in this case, and the defendant would agree that the protective order would encompass the victim impact statements as well.

Therefore, the defendant respectfully requests that this Court order probation to provide the parties with copies of the victim impact statements.

Respectfully submitted,


/s/ Brian D. Poe

**DANIEL K. HAGOOD, P.C.**
Texas Bar No. 08698300
2515 McKinney Avenue, Suite 940
Dallas, Texas 75201
214.720.4040 telephone
214.237.0905 facsimile
dhagood@sorrelshagood.com

**BRIAN D. POE**
Texas Bar No. 24056908
909 Throckmorton Street
Fort Worth, Texas 76102
817.870.2022 telephone
bpoe@bpoelaw.com

**ALEXANDRA HUNT**
Texas Bar No. 24095711
2515 McKinney Avenue, Suite 940
Dallas, Texas 75201
214.720.4040 telephone
214.237.0905 facsimile
ahunt@sorrelshagood.com

COUNSEL FOR DEFENDANT COMU

## **CERTIFICATE OF CONFERENCE**

I certify that on August 24, 2020, I conferenced with Department of Justice Trial Attorney Christopher Fenton regarding this motion and he is unopposed.


*/s/ Brian D. Poe*
BRIAN D. POE


## **CERTIFICATE OF SERVICE**

I certify that on August 24, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.


*/s/ Brian D. Poe*
BRIAN D. POE