TRULINCS 58790177 - COMU, CENGIZ JAN - Unit: SEA-J-B

---

FROM: 58790177
TO:
SUBJECT: US District Court
DATE: 09/28/2022 06:59:28 PM



September 28th 2022

US District Court
1100 Commerce St., # 1542
Dallas TX 75242

Re: Case 3:19-cr-112-K

Dear District Court.

I am writing today to request a copy of my case CASE DOCKET INDEX referenced above of all Filed Motions. Could you please provide this and the pricing for how to order copies? Thank you for your immediate attention to this request.

Regards,

CJ COMU
ID: 58790177
PO BOX 9000
Seagoville, TX
75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
3 OCT 2022 PM 3 L

RECEIVED
OCT -5 2022
MS
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Name C.J. Conn
Reg. No. 58790177
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

US DISTRICT COURT
1100 COMMERCE ST., #1542
DALLAS, TX
75242

75242-039755

# United States District Court
## Northern District of Texas

*Dallas Division*

10/6/2022

Cj Comu
BOP Seagoville FCI
PO Box 9000
Seagoville  TX 75159

Re: Your correspondence received in the U.S. District Clerk's Office on  10/05/2022
Case No./Style:  3:19-cr-112-K-1/USA v. Comu et al

Enclosed please find a courtesy copy of your docket sheet which indicates the page count for each document. Future copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Payment for documents can be made payable to the Clerk's Office by mail.

Sincerely,

Deputy Clerk -  MB